UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERIC TAYLOR,<br><br>                              Plaintiff,<br><br>        -against-<br><br>GOV FRATS, ET AL.,<br><br>                              Defendants. | 24 **CIVIL** 8317 (LTS)<br><br>**CIVIL JUDGMENT** |

For the reasons stated in the Order, this action is dismissed. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   November 19, 2024
             New York, New York

                                                            /s/ Laura Taylor Swain
                                                            LAURA TAYLOR SWAIN
                                                            Chief United States District Judge